## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **CHARLEAN MALONE,** ) <br> **KENNETH MALONE,** ) <br>       **Plaintiffs** ) <br> ) <br> **v.** ) <br> ) <br> ) <br> **RGS FINANCIAL, INC.,** ) <br>       **Defendant** ) | Civil Action No. 08-30085-MAP |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiffs hereby give notice that this action is to be dismissed with prejudice.

                                      CHARLEAN MALONE
                                      KENNETH MALONE
                                      Plaintiffs
                                      By their attorney:

                                      */s/Kenneth D. Quat*
                                      BBO #408640
                                      QUAT LAW OFFICES
                                      9 Damonmill Square, Suite 4A-4
                                      Concord MA 01742
                                      978-369-0848
                                      ken@quatlaw.com